WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED 21 SEP 11 10:51USDC-ORE

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

**RICKY BARRETT**,

    Plaintiff,

vs.

**COMMISSIONER of Social Security**,

    Defendant.

CV # 09-1515-TC

ORDER

Attorney fees in the amount of $5,243.22 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this 21 day of Sept , 2011.

_____
United States Magistrate Judge

Submitted on September 20, 2011 by:

s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1